**UNITED STATES ex rel. Charles SEIDENBERG, Appellant, v. Wm. P. McDERMITT, United States Marshal for District of New Jersey, Appellee.***

**No. 6707.**

Circuit Court of Appeals, Third Circuit.

Jan. 13, 1939.

Max Mehler and F. M. P. Pearse, both of Newark, N. J., for appellant.

Hubert J. Harrington, of Newark, N. J., for appellee.

Before DAVIS, BIGGS, and MARIS, Circuit Judges.

*Rehearing denied March 2, 1939.

PER CURIAM.

Appeal dismissed for want of jurisdiction upon the authority of Hartmann v. Sloan, 3 Cir., 99 F.2d 942.